**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Roderick Kenneth WIMS,
Defendant–Appellant.**

No. 0714909
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 31, 2008.

E. Bryan Wilson, Terry Flynn, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Randolph P. Murrell, Chet Kaufman, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Before BIRCH, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Roderick Kenenth Wims on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Wims's conviction and sentence are **AFFIRMED.**